UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MITCHELL SAXENA,<br><br>Plaintiff,<br><br>v.<br><br>GINO & CARLOS, INC., et al.,<br><br>Defendants. | Case No. 21-cv-08980-JSW<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 7 |

On November 29, 2021, the Court issued an Order dismissing Plaintiff's complaint because it was not clear that the Court had subject matter jurisdiction over this matter, and it granted Plaintiff leave to amend by December 29, 2021. Plaintiff did not file an amended complaint by that date. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing why the Court should not dismiss the case for failure to prosecute. Plaintiff's response to this Order to Show Cause shall be due by no later than January 21, 2022. If Plaintiff fails to respond to the Order to Show Cause, the Court will dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Court advises Plaintiff that that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website. Plaintiff may seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 to arrange an appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: January 4, 2022

_____
JEFFREY S. WHITE
United States District Judge